## CRABTREE v. JONES

No. 537P93

Case below: 112 N.C.App. 530

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

## EMPIRE POWER CO. v. N.C. DEPT. OF E.H.N.R.

No. 570PA93

Case below: 112 N.C.App. 566

Petition by plaintiff (George Clark) for discretionary review pursuant to G.S. 7A-31 allowed 3 March 1994.

## FARTHING v. COUNCIL

No. 560A93

Case below: 112 N.C.App. 643

Motion by plaintiff and third-party defendants to dismiss appeal allowed 3 March 1994.

## HARPER v. FOWLER

No. 545P93

Case below: 112 N.C.App. 543

Petition by defendants (Group III) for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

## HAZELWOOD v. BAILEY

No. 544PA93

Case below: 112 N.C.App. 543

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 3 March 1994.